IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BILLY L. LUNDY | § | |
| | § | |
| V. | § | NO. 1:07-CV-162 |
| | § | |
| MICHAEL ASTRUE, | § | |
| Commissioner of Social Security | § | |
| Administration | § | |

## MEMORANDUM OPINION REGARDING VENUE

Plaintiff, represented by counsel, filed this complaint for review of the Commissioner's decision denying his application for Social Security Disability and Supplemental Security Income benefits.

### Discussion

Plaintiff is a resident of Sulphur Springs, Hopkins County, Texas.  Hopkins County is located in the Sherman Division of the Eastern District of Texas.  As a result, this case should be transferred to the Sherman Division of this court, for the convenience of parties and in the interest of justice.  28 U.S.C. § 1404.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

SIGNED this  28   day of March, 2007.

_____
Earl S. Hines
United States Magistrate Judge